UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01694-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STATUS AS PRIORITY LIBRARY USER<br><br>(ECF No. 9) |

Plaintiff Francisco Sierra is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on November 19, 2021, in the United States District Court for the Eastern District of California, Sacramento Division. On November 29, 2021, the action was transferred to this Court.

On January 21, 2022, Plaintiff filed a motion requesting status as a priority library user. (ECF No. 9.) Plaintiff contends that he has privilege status change on December 23, 2021, has prevented him from going to the law library. Plaintiff is advised that there are currently no deadlines in this action as the Court has yet to screen the complaint pursuant to 28 U.S.C. 1915A. California Code of Regulations title 15, § 3122(b) provides that inmates who have established court deadlines may apply for PLU status. Furthermore, it appears that Plaintiff's law library restriction was imposed after a classification committee hearing on December 23, 2021, in which Plaintiff was placed on A1/C (Priv.

1

1  Group C) or C/C (Work & Priv. Group C) Status for 90 days.  (ECF No. 9.)  It was specifically noted
2  that Plaintiff "may apply to be removed from Privilege Group C no earlier than 30 days from the date
3  of placement, effective 23/23/2021, after which time, he may request, in writing, to his CCI for
4  consideration of removal from 'Privilege Group C.'"  (Id.)  Accordingly, Plaintiff's request for status
5  as a priority library user is denied.

7  IT IS SO ORDERED.

8  Dated:   **January 25, 2022**
9                                              UNITED STATES MAGISTRATE JUDGE

2