UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01694-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LAW LIBRARY ACCESS TO E-FILE<br><br>(ECF No. 11) |

　　　　Plaintiff Francisco Sierra is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion for access to the law library to e-file, filed January 26, 2022.  (ECF No. 11.)  Plaintiff is advised that there are currently no deadlines in his case as the Court has yet to screen his complaint pursuant o 28 U.S.C. § 1915A, and the e-filing procedures apply only to the filing of the initial complaint.  As Plaintiff's complaint has already been filed, all other filings shall be mailed and shall comply with the Local Rules for the United States District Court for the Eastern District of California.  Accordingly, Plaintiff's motion for access to the law library for e-filing is denied.

IT IS SO ORDERED.

Dated: __January 27, 2022__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1