UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>  Plaintiff,<br><br>  v.<br><br>STUART SHERMAN, et al.,<br><br>  Defendants. | Case No. 1:21-cv-01694-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 13) |

Plaintiff Francisco Sierra is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 10, 2022, the Court screened Plaintiff's complaint, found no cognizable claims, granted Plaintiff thirty days to file an amended complaint.  (ECF No. 12.)  Plaintiff has not responded to the Court's order and the time to do so has expired.  Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:  **March 22, 2022**

UNITED STATES MAGISTRATE JUDGE

1