1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRANCISCO SIERRA, | ) | Case No. 1:21-cv-01694-SAB (PC) |
| Plaintiff, | ) | |
| | ) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ) | |
| STUART SHERMAN, et al., | ) | (ECF No. 14) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Francisco Sierra is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 10, 2022, the Court screened Plaintiff's complaint, found that he stated cognizable separate and unrelated retaliation claims against Defendants Hinojosa and Carrillo, and granted Plaintiff thirty days to file an amended complaint or notify the Court of his intent to proceed on one of the claims found to be cognizable.  (ECF No. 13.)  However, Plaintiff failed to file an amended complaint.  Therefore, on March 22, 2022, the Court ordered Plaintiff to show cause within fourteen days as to why the action should not be dismissed.  (ECF No. 14.)

On April 4, 2022, Plaintiff filed a response to the order to show cause and an amended complaint.  (ECF Nos. 15, 16.)  Inasmuch as Plaintiff has now filed a response to the order to show cause and a first amended complaint, the Court will discharge the order to show cause.

///

1

Accordingly, it is HEREBY ORDERED that:

1.      The order to show cause issued on March 22, 2022 (ECF No. 14) is DISCHARGED; and

2.      The Court will screened the first amended complaint in due course.

IT IS SO ORDERED.

Dated:   **April 5, 2022**

_____
UNITED STATES MAGISTRATE JUDGE