UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　　Defendants. | No.  1:21-cv-01694-DAD-SAB (PC)<br><br>NOTICE OF ERRATA RE: AUGUST 3, 2022 ORDER<br><br>(Doc. No. 24) |

　　　　Plaintiff Francisco Sierra is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 3, 2022, the court issued an order adopting the findings and recommendations and concluding that this case shall proceed on plaintiff's retaliation claim brought against defendant Castillo.  (Doc. No. 24.)  However, the findings and recommendations recommended that this case proceed on plaintiff's retaliation claim brought against defendant Carrillo, not defendant Castillo.  Accordingly, the August 3, 2022 order (Doc. No. 24) is hereby amended to reflect that this action shall proceed only on plaintiff's retaliation claim brought against defendant Carrillo, not defendant claim against defendant Castillo.  The Clerk of the Court is directed to update the docket accordingly.

IT IS SO ORDERED.

　Dated:  **August 4, 2022**　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1