# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01694-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 32) |

Plaintiff Francisco Sierra is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion for an extension of time to file a responsive pleading, filed November 1, 2022.

Good cause having been presented, it is HEREBY ORDERED that the deadline for Defendant to file a responsive pleading is extended to February 6, 2023.

IT IS SO ORDERED.

Dated:   **November 2, 2022**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1