# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>Plaintiff,<br><br>v.<br><br>STUART SHERMAN, et al.,<br><br>Defendants. | Case No. 1:21-cv-01694-ADA-SAB (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 40) |

On May 3, 2023, a settlement conference was held and the parties reached a global settlement agreement in the following cases: 1:21-cv-01694-ADA-SAB, (PC) Sierra v. Sherman et. al.; 1:22-cv-00967-ADA-SAB (PC), Sierra v. Hinojosa; and 1:22-cv-00964-ADA-SAB (PC) Sierra v. Holmes.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: **May 4, 2023**

UNITED STATES MAGISTRATE JUDGE

1